Adolph Zink, Jr., Respondent, v. Fred. C. Otto, Appellant.— Motion to dismiss appeal granted, with costs. Present — Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ.

Frank P. Anderson and Maude E. Anderson, Copartners, etc., Appellants, v. Albert Cohen, Respondent.— Judgment of the Municipal Court affirmed, with costs, on the authority of *Jacob* v. *Columbia Storage Warehouses* (125 App. Div. 556). Hirschberg, P. J., Jenks, Burr, Rich and Miller, JJ., concurred.

Sylvester L. Brinley, Appellant, v. Edward Steinbrugge and Camilla Steinbrugge, Respondents.— Order modified by providing that all the issues are referred to the referee named, and as so modified affirmed, without costs. Hirschberg, P. J., Jenks, Rich and Miller, JJ., concurred.

Buckley, Woodhull & Burns, Appellant, v. Theophilus Van Kannel and American Bonding Company of Baltimore, Respondents.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirchberg, P. J., Jenks, Burr, Rich and Miller, JJ., concurred.

Vincenzo Pipitone, Appellant, v. Italian Savings Bank of the City of New York, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Burr, Rich and Miller, JJ., concurred.

Margaretta Wetherill Wallace and William E. Diehl, as Executors, etc., of Magaretta M. Diehl, Deceased, Appellants, v. Charles W. Diehl and Others, Respondents, Impleaded with Susan D. Edson, Appellant.— Interlocutory judgment in so far as appealed from affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ., concurred.

Cecelia Bernhard, Respondent, v. Solomon Bernhard, Appellant.— Motion to open the default, taken on the motion to dismiss the appeal, granted, and motion to dismiss set down for argument on Friday, October 22, 1909. Present — Woodward, Jenks, Burr, Rich and Miller, JJ.

Bird S. Coler, Respondent, v. The Brooklyn Daily Eagle, Appellant.— Order entered.

Leon De Lorenzo, Respondent, v. Josiah B. Tisdale, Sued Herein as "John" B. Tisdale, Appellant.— Motion denied, with ten dollars costs. Present — Woodward, Jenks, Burr, Rich and Miller, JJ.

William A. Freitag, an Infant, etc., Appellant, v. Henry Van Well, Respondent.— Motion denied, with ten dollars costs. Present — Woodward, Jenks, Burr, Rich and Miller, JJ.

John Geiger, Respondent, v. Charles J. Hansen and Another, Appellants.— Motion to dismiss appeal denied. Present — Woodward, Jenks, Burr, Rich and Miller, JJ. Jenks, J.: Let the case be presented to me for settlement.

Rivelo C. Hagedone, Respondent, v. Normoyle & Quailey, Incorporated, and Others, Appellants.— Motion denied, without costs. Present — Woodward, Jenks, Burr, Rich and Miller, JJ.

Joseph Hefner, Appellant, v. Reinforced Cement Construction Company, Respondent.— Motion granted on payment of twenty dollars costs within ten